**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**GURAMI CHIKVILADZE #A249-101-389**    **CASE NO.  1:25-CV-01609 SEC P**

**VERSUS**                              **JUDGE TERRY A. DOUGHTY**

**U S IMMIGRATION & CUSTOMS**           **MAGISTRATE JUDGE PEREZ-**
**ENFORCEMENT**                         **MONTES**

**JUDGMENT**

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 14], noting no written and filed objections thereto, and after independently reviewing the record and concurring with the Magistrate Judge's factual findings under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petition for Writ of Habeas Corpus [Doc. No. 1] filed by Petitioner, Gurami Chikviladze ("Petitioner"), is **GRANTED**. Respondents must release Petitioner as soon as reasonably possible and **must notify the Court of Petitioner's release within 24 hours of Petitioner's release** via the following email: doughty_motions@lawd.uscourts.gov.

MONROE, LOUISIANA, this 19th day of March 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1